UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
WESTERLY MARINA INC.,

                                    Case No.:     17 Civ. 3153 (VB)

        Plaintiff,

   -against-

M/V ACT II, her engines, boilers, etc.,
ANTHONY TROIANO,
CHRISOULA TROIANO and
USALLIANCE FEDERAL CREDIT UNION,

        Defendants.
----------------------------------------------------------------x

## MOTION FOR ISSUANCE OF AN ORDER AND WARRANT FOR ARREST

Now comes plaintiff, WESTERLY MARINA INC., through its attorneys **Caruso Glynn, LLC**, and moves this Court for the issuance of an Order and Warrant of Arrest pursuant to Supplemental Admiralty Rule C of the Federal Rules of Civil Procedure. This motion is based upon the Verified Complaint, Exhibits and Affirmation attached and filed herein.

Dated:  Little Neck, New York
         May 19, 2017

                                    Yours, etc.,

                                    **Caruso Glynn, LLC**
                                    Attorneys for Plaintiff
                                    *Westerly Marina Inc.*

                          By: *Lawrence C. Glynn*
                                    Lawrence C. Glynn
                                    242-03 Northern Blvd.
                                    Suite 201
                                    Little Neck, N.Y. 11362
                                    (718) 819-8667
                                    lglynn@carusoglynn.com
                                    File No.:  42.042817.01