UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
WESTERLY MARINA INC.,

                             Plaintiff,

    -against-

M/V ACT II, her engines, boilers, etc.,
ANTHONY TROIANO,
CHRISOULA TROIANO and
USALLIANCE FEDERAL CREDIT UNION,

                             Defendants.
-------------------------------------------------------- x

Case No.:    17 Civ. 3153 (VB)

**PARTIAL**
**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/12/17

       This action having been commenced on April 28, 2017 with the filing of a Summons and Verified Complaint, a copy of the Summons and Complaint having been served on: (1) the defendant, Anthony Troiano, by leaving same with a person of suitable age and discretion at his dwelling on May 15, 2017 and thereafter on May 16, 2017, the Summons and Complaint were mailed to Anthony Troiano in a postpaid envelope properly addressed to defendant at defendant's last known actual place of residence in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State; (2) a copy of the Summons and Complaint having been personally served on the defendant, Chrisoula Troiano on May 15, 2017, and (3) an Order and Warrant for Maritime Arrest for the *M/V ACT II, in rem*, having issued on May 26, 2017 and said Warrant having been served on the master or other person having custody of the property and returned executed by the United States Marshals Service for the Southern District of New York on June 21, 2017, and proof of such service thereof was filed on August 3, 2017 and thereafter,

publication as required in Supplemental Rule C(4) and Local Admiralty Rule C.2 was completed on July 6, 2017 and service under Federal Rule of Civil Procedure 5(b) upon every other person who has not appeared in the action and is known to have an interest in the property was completed on August 3, 2017, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants (Anthony Troiano and Chrisoula Troiano) in the liquidated amount of $49,768.95 with interest at 9 % from June 1, 2015 amounting to $ 3,070.54 ~~plus costs and disbursements of this action in the amount of $~~ amounting in all to $ 52,839.49.

SO ORDERED:

_____
Vincent L. Briccetti, U.S.D.J.

Dated: White Plains, New York
~~September    , 2017~~
October 12, 2017

2